FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2022

No. 04-22-00093-CV

Donald W. **TAYLOR**,
Appellant

v.

**THE RENEGADE RANCH SUBDIVISION ARCHITECTURAL REVIEW COMMITTEE MEMBERS** and Treasure: Brian and Dixon Schultz, Kevin and Cynthia Gallagher, Secondary Committee Member, Co-Treasure Jeffrey C. and Vada Michelle Pitts,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16772
Honorable Dennis Powell, Judge Presiding

## O R D E R

Appellant's brief was originally due July 25, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to August 24, 2022. On August 23, 2022, appellant filed a motion requesting an additional extension of time to file the brief until September 23, 2022, for a total extension of 60 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by September 23, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court